UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   KENNETH CHRISTOPHER DUNGAN<br>   TRUDY ANN DUNGAN<br>                                  Debtors | CASE NO: 07-34633<br>      (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072042**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 72 | 1ST AMERICAN CREDIT SOLUTION<br>BOX 117<br>PICKERINGTON, OH  43147 | 6.60 |

      /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/12/2011

Certificate of Service 07-34633

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KENNETH CHRISTOPHER DUNGAN
9549 FOUR MILE STATE LINE
EATON, OH  45320

TRUDY ANN DUNGAN
9548 FOUR MILE STATE LINE
EATON, OH  45320

R DEAN SNYDER
5127 PLEASANT
FAIRFIELD, OH  45014

(72.1)
1ST AMERICAN CREDIT SOLUTION
BOX 117
PICKERINGTON, OH  43147

(82.1n)
AMERICAN HOME MORTGAGE SERVICING INC
BOX 631730
IRVING, TX  75063

(83.1n)
AMERICAN HOME MORTGAGE SERVICING INC
1525 S BELTLINE ROAD
COPPELL, TX  75019

(67.1n)
FAYE D ENGLISH
REIMER ARNOVITZ CHERNEK & JEFFREY CO, LPA
P. O. BOX 968
2450 EDISON BOULEVARD
TWINSBURG, OH  44087

(77.1n)
JENNIFER L MAFFETT
THOMPSON HINE
2000 COURTHOUSE PL NE BOX 8801
DAYTON, OH  45401

(71.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                              sv